**Order entered December 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00439-CR

**THEODORE ROOSEVELT ARTHUR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F12-58513-J**

## ORDER

The Court **GRANTS** appellant's December 16, 2014 motion to supplement the reporter's record and to file an amended brief as follows.

We **ORDER** court reporter Karren Jones to file, within **FIFTEEN DAYS** of the date of this order, an amended Volume 5 of the reporter's record that contains all of the pages, including page 284.

We **ORDER** the appellant's amended brief received on December 16, 2014 filed as of the date of this order. We **STRIKE** the appellant's original brief filed. We note that for purposes of judicial economy, the better practice in this case would have been for counsel to bring to the Court's attention the problem with the reporter's record when it was discovered rather than tendering a brief and an amended brief within three days of each other.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Karren Jones, court reporter, and to counsel for all parties.

/s/     LANA MYERS
          JUSTICE